**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARCOS E. ORTEGA, | ) | NO. ED CV 10-1414-R(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| F. GONZALES, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | ) | OF UNITED STATES MAGISTRATE JUDGE |
| _____ | ) | |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

///

1         IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2    the Magistrate Judge's Report and Recommendation and the Judgment
3    herein by United States mail on Petitioner and counsel for Respondent.

5         LET JUDGMENT BE ENTERED ACCORDINGLY.

7         DATED: October 26, 2010.

10                          _____
                                    MANUEL L. REAL
11                            UNITED STATES DISTRICT JUDGE