**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARCOS E. ORTEGA, | ) | NO. ED CV 10-1414-R(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| F. GONZALES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 26, 2010.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE